UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROXANNE K. MILLER,** | ) | Case No. |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Judge |
| v. | ) | |
| | ) | |
| **IVAN GONZALEZ #6653,** | ) | Magistrate |
| **IOAN NEMES #16499** | ) | |
| **ERIC TORRES #20128, Individually,** | ) | |
| **And THE CITY OF CHCIAGO,** | ) | JURY DEMAND |
| **A Municipal Corporation** | ) | |
| | ) | |
| **Defendants.** | | |

## COMPLAINT

**NOW COMES** the Plaintiff, ROXANNE K. MILLER, by and through her attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128, Individually, and the CITY OF CHICAGO, states as follows:

### COUNT I – 42 U.S.C. 1983 FALSE ARREST

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, ROXANNE K. MILLER, accomplished by acts and/or omissions of the Defendants IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128, individually and officially, committed under color of law.

2. Jurisdiction lies pursuant to 28 U.S.C. §1331, §1343, and supplemental jurisdiction under the State of Illinois.

1

2

3. The Plaintiff, ROXANNE K. MILLER, was at all relevant times a United States citizen and a resident of Streator, Illinois.

4. The Defendants, IVAN GONZLE7 #6653. IOAN NEMES #16499, ERIC TORRES #20128, at all relevant times were duly appointed Chicago Police Officers acting within the scope of the of employment and under color of law.

5. THE CITY OF CHICAGO is a statutory municipal corporation and the employer of the individually named Defendants.

6. On February 5, 2022, a male minor was allegedly sexually assaulted by a female on or near 1244 N. Pulaski in Chicago, Illinois.

7. On March 15, 2022, he reported it for the first time to his parents. Who in turn, called the police.

8. On March 15, 2022, Defendants IVAN GONZALEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 arrived at the minor's residence located at 3959 W. Division St. in Chicago to interview the minor as to the particular of the sexual assault.

9. The minor conveyed to Defendants IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 that the woman who sexually assaulted him was five foot and four inches and had brown eyes.

10. After the interview, Defendants found Plaintiff nearby at a gas station and detained her, despite the fact that she did not match the description given by the minor.

11. Instead of being 5'4 with brown eyes, Plaintiff has brown eyes and is over 5'10 inches tall.

12. Defendants then did a show up with the minor on scene, whose execution and validity was questioned by Defendants' superior after the fact on scene.

13. When the minor saw the Plaintiff, he did not verbally state that she was the one who sexually assaulted him.

14. Despite the fact that there were no facts to support a belief that she committed the crime, Defendants illegally arrested the Plaintiff for battery.

15. There were no facts to support probable cause of any crime she was charged with.

16. The Plaintiff, ROXANNE K. MILLER, was at all times innocent of any crime.

17. The actions of the Defendants were intended willful and wanton.

18. As a direct and proximate consequence of said conduct of the Defendants, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128, THE Plaintiff, ROXANNE K. MILLER, suffered violations of her constitutional rights, emotional anxiety, fear, emotional distress, monetary loss, embarrassment, pain and suffering, and damage to her reputation.

19. The actions of the Defendant violated Plaintiff's Fourth Amendment rights as protected by 42 U.S.C. 1983.

## COUNT II- FEDERAL MALICIOUS PROSECUTION

1-19. The Plaintiff, ROXANNE K. MILLER, hereby re-alleges her allegations from paragraph 1-19. Of Count I as her respective allegations of paragraph 1-19 of Count II as though fully set forth herein.

20. The Defendants, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 proceeded with charges against Plaintiff, ROXANNE K. MILLER, knowing they were false.

21. Defendants, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 made false statements during the investigation of the alleged crimes that Plaintiff was charged with which resulted in her false arrest and malicious prosecution.

22. Defendants, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128's actions and statements were intentional, willful, and wanton, malicious, and the charges were without probable cause.

23. The matter was dismissed with prejudice at a bench trial on January 17, 2023.

24. As a result of the actions of Defendants, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128, the Plaintiff, ROXANNE K. MILLER suffered fear emotional distress, anxiety, physical harm, anxiety, loss of liberty, and monetary expenses.

WHEREFORE, ROXANNE K. MILLER prays for judgement in her favor against IVAN GONZALEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 for reasonable compensatory and punitive damages, plus costs.

### COUNT III- MALICIOUS PROSECUTION (Illinois State Law Claim)

1-19. The Plaintiff, ROXANNE K. MILLER, hereby realleges her allegations from paragraph 3-19 of Count I and Count II as her respective allegations of paragraph 3-19 of Count III as though fully set forth herein.

20. Defendants IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 proceeded with charges against Plaintiff, ROXANNE K. MILLE, knowing they were false.

21. Defendants IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128, made false statements during the investigation of the alleged crimes that Plaintiff was charged with which resulted in her false arrest and malicious prosecution.

22. Defendants IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128's actions and statements were intentional, willful, and wanton, malicious and the charges were without probable cause.

23. The matter was dismissed with prejudice at a bench trial on January 17, 2023.

24. As a result of the actions of Defendants IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128, the Plaintiff, ROXANNE K. MILLER suffered fear, emotional distress, anxiety, physical harm, anxiety, physical harm, loss of liberty, and monetary expenses.

WHEREFORE, ROXANE K. MILLER prays for judgement in her favor against IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128, for reasonable compensatory and punitive damages, plus costs.

### COUNT IV- RESPONDEA SUPERIOR (Illinois State Law Claim)
### (Against the City of Chicago)

1-24. The Plaintiff, ROXANNE K. MILLER, hereby realleges her allegations from paragraph 1-24 of Counts I-III as her respective allegations of paragraph 1-24 of Count III as though fully set forth herein.

25. In committing the acts alleged in this complaint, each of the individually named defendant officers, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 were members of, and agents of THE CITY OF CHICAGO, acting at all relevant times within the scope of their employment.

26. Defendant, THE CITY OF CHICAGO, is liable as a principle for all torts in violation of Illinois state law committed by its employees and agents.

27. The Plaintiff, ROXANNE K. Miller, suffered damages such as fear, emotional distress, anxiety, physical harm, loss of liberty, and monetary expenses.

**WHEREFORE**, ROXANE K. MILLER prays for judgement in her favor against Defendant THE CITY OF CHCIAGO, for reasonable compensatory damages caused a result of the torts of its employees and agent, plus costs.

### COUNT V – INDEMINIFICATION

5

1-27. The plaintiff, ROXANNE K. MILLER, realleges and incorporates her allegations of paragraph 1-27 of Counts 1-4 as her respective allegations of paragraphs 1-27 of Count IV as though fully set forth herein.

28. Illinois law provides that public entities are directed to pay any tort judgement for compensatory damages for which employees are liable within the scope of their employment activities.

29. Defendant, THE CITY OF CHICAGO respectively, is or was the employer of the defendants, IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 who acted within the scope of their employment in committing the misconduct herein.

30. If these induvial Defendants are found liable, their respective employers will be liable to indemnify him for any compensatory damages and attorney fees and costs under 1988.

**WHEREFORE,** should Defendants IVAN GONZLEZ #6653, IOAN NEMES #16499, ERIC TORRES #20128 be found liable for the acts alleged above, Defendant THE CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against the Defendants.

### JURY DEMAND

The Plaintiff, ROXANNE K. MILLER, hereby requests a trial by jury.

**Respectfully submitted,**

ROXANNE K. MILLER

/s/ Brian Orozco
*One of Plaintiff's Attorneys*

**Gregory E. Kulis & Associates Ltd.**
**134 N. LaSalle Street, Suite 444**

6

**Chicago, IL 60602**
**p. 312.580.1830 / f: (312) 580-1839**
**e. gkulis@kulislawltd.com**
**e. service@kulislawltd.com**